# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>D. BORDERS, et al.,<br><br>        Defendants. | Case No. ED CV 16-02563 AB (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On December 13, 2016, plaintiff filed a Civil Rights Complaint while incarcerated at the California Institution for Men in Chino, California. On January 26, 2017, the Court dismissed plaintiff's complaint with leave to amend for the reasons that plaintiff's allegations appeared insufficient to state any claim on which relief may be granted. Plaintiff was ordered to file a First Amended Complaint no later than March 13, 2017, but as of the date of this Order, a First Amended Complaint has not been filed.

Plaintiff shall show cause on or before **May 5, 2017**, why this action should not be dismissed due to plaintiff's failure to prosecute. The filing of a First Amended Complaint on or before May 5, 2017 shall discharge the order to show cause. Plaintiff is hereby cautioned that failing to comply with this Order and/or to

show cause, will result in the recommendation that this action be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

DATED: April 19, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE