# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. BORDERS, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 16-02563 AB (AFM)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: September 7, 2017

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE